IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | C.A. NO. C-00-051 |
| | § | |
| ROY FARIAS | § | |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is referred to United States Magistrate Judge B. Janice Ellington, who shall

prepare this case for decision by the district judge assigned to this case. 28 U.S.C. § 636. On

dispositive matters where decision of a district judge is necessary, the magistrate judge shall make

recommendations to the district judge promptly with notice to the parties.

ORDERED this _____11_____ day of _____Feb_____, 2000.


_____
HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE