AO 440 (Rev. 10/93) Summons in a Civil Action

Rec'd. 2-15-00  8:00 AM

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 02-16-2000 |
| NAME OF SERVER (PRINT) | TITLE: ROBERTO R. GUTIERREZ, CONSTABLE NUECES COUNTY - PRECINCT #3 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Nueces County Pct 3 Constable Office, 1150. Ash B. Shop R 78343

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-16-2000
         Date                                                    Signature of Server

                                                                 Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

Rec'd 2-15-00 8:00 AM

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 02-16-2000 |
| NAME OF SERVER (PRINT) | TITLE |
| | ROBERTO R. GUTIERREZ, CONSTABLE NUECES COUNTY - PRECINCT #3 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Nueces County Pct 3 Constable Office 1550. Ash B. Shop R 78343

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-16-2000
           Date                            Signature of Server

                                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClibPDF - www.fastio.com