IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 0 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-051 |
| | § | (Claim No. C99-03099) |
| | § | |
| ROY FARIAS, | § | |
| | § | |
| Defendant. | § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

The Honorable Judge Hayden W. Head, Jr.:

United States of America ("USA") files this Motion to Dismiss Without Prejudice.

USA prays that this action be dismissed as to Roy Farias without prejudice.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA#04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

## CERTIFICATE OF SERVICE

I, certify that a copy of the above and foregoing was forwarded by regular first class mail on April ___, 2000, to:

Mr. Roy Farias
P. O. Box 4
Bishop, TX 78343

_____
M. H. Cersonsky

7.

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-051 |
| | § | (Claim No. C99-03099) |
| | § | |
| ROY FARIAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On the United States' Motion the action is dismissed without prejudice.

SIGNED _____ , 2000, at Corpus Christi, Texas.


_____
United States District Judge

C:\My Documents\doj\dismissals\G-Gonzalez
April 5, 2000
Page 2