**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2000

**Michael N. Milby, Clerk of Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-051 |
| | § | (Claim No. C99-03099) |
| | § | |
| ROY FARIAS, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

On the United States' Motion the action is dismissed without prejudice.

SIGNED ____4/18____, 2000, at Corpus Christi, Texas.

_____
United States District Judge